**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 13-39-DLB-CJS-1**
**CIVIL ACTION NO. 17-24-DLB-CJS**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**


**V.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**


**ROLANDO BLACKWELL**                                                              **DEFENDANT**

* *  * *  * *  * *  * *  * *  * *  * *

This matter is before the Court upon the November 16, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 571), wherein she recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence as amended and pursuant to 28 U.S.C. § 2255 (Docs. # 525 and 541) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 571) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2)     The Defendant's Motion to Vacate, Set Aside or Correct Sentence as amended and pursuant to 28 U.S.C. § 2255 (Docs. # 525 and 541) is hereby **denied**;

(3)     For the reasons set forth in the Magistrate Judge's R&R (Doc. # 571), the court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4)     A separate Judgment will be filed concurrently herewith.

This 3rd day of December, 2018.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2013\13-39-1 Order Adopting R&R 2255.docx